UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HERMITAGE INSURANCE COMPANY, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO.  3:03-CV-00883-PCD |
| MT. HAWLEY INSURANCE COMPANY, | OCTOBER 29, 2003 |
| Defendant. | |

## **APPEARANCE**

Please enter the appearance of the undersigned in the above-captioned matter on behalf of the Plaintiff,                        .

                        PLAINTIFF
                        HERMITAGE INSURANCE COMPANY


_____
Thomas C. Clark
Litchfield Cavo
40 Tower Lane, Suite 200
Avon, CT 06001
(860) 255-5577
(860) 255-5566 (Fax)

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Appearance was mailed this 29th day of October, 2003, to:

Joel M. Fain, Esquire
Morrison, Mahoney & Miller, LLP
One Constitution Plaza
10th Floor
Hartford, CT  06103-1810

                                                  Thomas C. Clark