FILED

Nov 13　1 57 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HERMITAGE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> MT. HAWLEY INSURANCE COMPANY, <br><br> Defendant. | CIVIL ACTION NO. 3:03-CV-00883-PCD <br><br> NOVEMBER 12, 2003 |

### FORM 35: REPORT OF PARTIES' PLANNING MEETING

1.　Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on October 31, 2003 at and was attended by:

    Thomas C. Clark    for plaintiff, HERMITAGE INSURANCE COMPANY

    Joel M. Fain    for defendant, MT. HAWLEY INSURANCE COMPANY

2.　**Pre-discovery Disclosures.** The parties will exchange by **December 1, 2003** the information required by Fed.R.Civ.P. 26(a)(1).

3. **Discovery Plan.** The parties jointly propose to the court the following Discovery Plan.

    A. Discovery will be needed on the following subjects:

- Policies
- Claims handling/files; notes
- Attorneys' fees insured?

    B. All discovery commenced in time to be completed by **April 30, 2004**.

    C. Maximum of **25** interrogatories by each party to any other party.

- Responses due **30** days after service.

    D. Maximum of **20** requests for admissions by each party to any other party.

- Responses due **30** days after service.

    E. Maximum of **5** depositions by plaintiff and **5** by defendant.

- Each deposition to be limited to a maximum of **8** hours unless extended by agreement of the parties.

    F. Reports from retained experts under Rule 26(a)(2) due:

- **None anticipated**

    G. Supplementations under Rule 26(e) due _____, 2003/4.

- **N/A**

2

4. **Other Items**.

    A. The parties **do not** request a conference with the court before entry of the scheduling order.

    B. The parties request a pretrial conference in **May, 2004**.

    C. Plaintiff should be allowed until ___N/A___ to join additional parties and until ___N/A___ to amend the pleadings.

    D. Defendant should be allowed ___N/A___ to join additional parties and until ___N/A___ to amend the pleadings.

    E. All potentially dispositive motions should be filed by: **July 1, 2004**.

    F. Settlement is likely/unlikely/cannot be evaluated prior to _____.

    G. Final lists of witnesses and exhibits under Rule 26(a)(3) should be due **Thirty (30) days after ruling on dispositive motions**.

    H. Parties should have _15_ days after service of the final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

    I. The case should be ready for trial by __November__ 2003/4 and at this time is expected to take __5 days__.

5. **Other Matters.**

3

PLAINTIFF,
HERMITAGE INSURANCE COMPANY

*Thomas C. Clark*
Thomas C. Clark (ct06058)
Deborah E. Roser (ct 24005)
Litchfield Cavo
40 Tower Lane, Suite 200
Avon, CT 06001
(860) 255-5577
(860) 255-5566 (Fax)

### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Form 35: Report of Parties' Planning Meeting was mailed this 12th day of November, 2003, to:

Joel M. Fain, Esquire
Morrison, Mahoney & Miller, LLP
One Constitution Plaza
10th Floor
Hartford, CT 06103-1810

*Thomas C. Clark*
Thomas C. Clark

4