FILED

Nov 13  1 57 PM '03

U.S DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HERMITAGE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MT. HAWLEY INSURANCE COMPANY,<br><br>Defendant. | CIVIL ACTION NO. 3:03-CV-00883-PCD<br><br>NOVEMBER 12, 2003 |

## FORM 35: REPORT OF PARTIES' PLANNING MEETING

1.  Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on October 31, 2003 at and was attended by:

Thomas C. Clark    for plaintiff, HERMITAGE INSURANCE COMPANY

Joel M. Fain      for defendant, MT. HAWLEY INSURANCE COMPANY

**Pre-discovery Disclosures.** The parties will exchange by **December 1, 2003** the information required by Fed.R.Civ.P. 26(a)(1).

APPROVED & ADOPTED. Discovery is to be completed by 4/30/04; dispositive motions are to be filed on or before 6/1/04, compliant with the Supplemental Order. SO ORDERED

Peter C. Dorsey, U.S. District Judge

11/20/03

2003 NOV 21 A 7:18
U.S. DISTRICT COURT
NEW HAVEN, CONN.