UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

HERMITAGE INSURANCE COMPANY,

Plaintiff,

- vs -

MT. HAWLEY INSURANCE COMPANY,

Defendant.

Civil Act. No.
303 CV 0883 (PCD)

**STIPULATION & ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys, that any and all claims in the above-referenced action are hereby dismissed with prejudice without costs or attorneys fees to either party as against the other.

Dated: February 12, 2004

_____
Richard C. Cavo
Deborah E. Roser (CT 24005)
LITCHFIELD CAVO
40 Tower Lane, Suite 200
Avon, Connecticut 06001
(860) 255-5577
Attorneys for Plaintiff

_____
Joel Fain (CT 05425)
MORRISON, MAHONEY & MILLER LLP
One Constitution Plaza
10th Floor
Hartford, Connecticut 06103
(860) 616-4441

Of Counsel:
RIVKIN RADLER LLP
Anthony R. Gambardella
EAB PLAZA
Uniondale, New York 11556-0111
(516) 357-3000
Attorneys for Defendant
MT. HAWLEY INSURANCE COMPANY

So Ordered:

_____
Hon. Peter C. Dorsey, U.S.D.J.
1751675 v1